# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| RECO SHERON KAMSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00209-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| CAPTAIN BOYLES, | ) | |
| SGT. HYLINE, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 27, 2014 Order.

May 27, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court